# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00103-CV

### Pitmann Buck, Jr., Appellant

### v.

### Texas Department of Public Safety and Col. Thomas A. Davis, Appellees

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
NO. 99-14428, HONORABLE CHARLES F. CAMPBELL, JR., JUDGE PRESIDING**

Appellant filed an unopposed motion to dismiss his appeal advising that he no longer desires to pursue this appeal.

It appearing to this Court that the motion should be granted, the instant appeal is dismissed on the unopposed motion of Appellant. Tex. R. App. P. 42.1(a)(2).

Jan P. Patterson, Justice

Before: Justices Kidd, Patterson and Puryear

Dismissed on Appellant=s Motion

Filed: May 16, 2002

Do Not Publish